No. 05–417. EMPRESA CUBANO DEL TABACO, AKA CUBA-TABACO *v.* GENERAL CIGAR CO., INC., ET AL. C. A. 2d Cir.; and

No. 05–489. SMITHKLINE BEECHAM CORP. ET AL. *v.* APOTEX CORP. ET AL. C. A. Fed. Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 05–5705. HAMMON *v.* INDIANA. Sup. Ct. Ind. [Certiorari granted, *ante*, p. 976.] Motion of petitioner for appointment of counsel granted. Richard D. Friedman, Esq., of Ann Arbor, Mich., is appointed to serve as counsel for petitioner in this case.

No. 05–415. IN RE GRAND JURY PROCEEDINGS. C. A. 1st Cir. Motion of the Solicitor General for leave to file a brief in opposition under seal with redacted copies for the public record granted. Petition for writ of common-law certiorari denied.

No. 05–716. IN RE FUSELIER;
No. 05–7731. IN RE WILHOIT;
No. 05–7825. IN RE JOOS;
No. 05–7911. IN RE BRAVO;
No. 05–7976. IN RE WEBBER;
No. 05–8067. IN RE WILLIAMS; and
No. 05–8132. IN RE FAUST. Petitions for writs of habeas corpus denied.

No. 05–6983. IN RE CLARK;
No. 05–7164. IN RE OLDHAM;
No. 05–7459. IN RE THIBEAUX;
No. 05–7466. IN RE PERRY; and
No. 05–8069. IN RE TAYLOR. Petitions for writs of mandamus denied.

No. 05–509. IN RE JOHNSON;
No. 05–7429. IN RE EVANS; and
No. 05–7553. IN RE ARMSTRONG. Petitions for writs of mandamus and/or prohibition denied.

No. 05–545. IN RE RODRIGUEZ. Petition for writ of mandamus denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.